UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

STEVEN J. ALBERS,

    Plaintiff,

v.                                               Case No: 6:13-cv-722-Orl-18TBS

OSCEOLA COUNTY SHERIFF, BRIAN
ADAMS, JACQUALINE MOLZER,
ROBERT HOLBORN, MARTINA
HERRETES, JAY CROSE, JASON
TEEMS, DON FISHER and FRANK
TOWNSEND,

    Defendants.

## REPORT AND RECOMMENDATION[1]

Pending before the Court is Plaintiff's Motion to Proceed Pro Se (Doc. 2), Motion to Clarify (Doc. 3), and Motion to Stay (Doc. 4). Upon due consideration I respectfully recommend that the motions be **denied** and **this case be dismissed with prejudice**.

On May 6, 2013, Plaintiff filed a complaint[2] against numerous defendants for, among other things, violations of his rights pursuant to Amendments I, IV, VI, VIII, and XIV of the U.S. Constitution, and violations of various federal criminal statutes. (Doc. 1). All of Plaintiff's claims arise out of his May 11, 2009 arrest and subsequent detention and conviction. (Id.). Plaintiff insists that the Complaint filed in this case "is not a duplication

---

[1] Specific written objections to this report and recommendation may be filed in accordance with 28 U.S.C. § 636, and M.D. FLA. R. 6.02, within fourteen (14) days after service of this report and recommendation. Failure to file timely objections shall bar the party from a de novo determination by a district judge and from attacking factual findings on appeal.

[2] Plaintiff paid the $400 filing fee on May 7, 2013.

of previous filed complaints, and the issues have never been reviewed by the courts." (Doc. 3). However, an independent review of the Middle District of Florida's docket reveals that Plaintiff has pled essentially the same claims (all arising out of the May 11, 2009 incident) against some of the same defendants in other cases filed in this district,[3] including Albers v. Sherriff, et al., Case No, 6:13-cv-496-PCF-DAB ("April Case"), which was dismissed on April 22, 2013 – only fourteen (14) days before this case was filed.

In the April Case, the Court dismissed Plaintiff's claims and relied on an opinion rendered by a district judge in one of Plaintiff's prior cases:

> A complaint that merely repeats pending or previously litigated claims may be considered abusive, and a court may look to its own records to determine whether a pleading repeats prior claims. *Crisalfi v. Holland*, 655 F.2d 1305, 1309 (D.C. Cir. 1981). Such a duplicative complaint that is filed by a plaintiff proceeding *in forma pauperis* may be dismissed. *See Bailey v. Johnson*, 846 F.2d 1019, 1021 (5th Cir. 1988); *Van Meter v. Morgan*, 518 F.2d 366, 368 (8th Cir), *cert. denied*, 423 U.S. 896 (1975).

(Case No. 6:13-cv-496-PCF-DAB, Doc. 3, adopted in Doc. 4) (quoting Case No. 6:11-cv-387-MSS-KRS, Doc. 4). Because Plaintiff merely repeats previously litigated (and dismissed) claims in this case, I respectfully recommend that the district court find that Plaintiff's complaint is duplicative and dismiss it with prejudice.

Upon consideration of the foregoing, I respectfully recommend that:

1. Plaintiff's Motion to Proceed Pro Se (Doc. 2) be **DENIED**;

---

[3] Plaintiff pled similar claims in Albers v. Jacqueline Molzer, Case No. 6:11-cv-116-GAP-KRS (case dismissed); Albers v. Officer Glen Ford, et al, Case No. 6:11-cv-129-37DAB (judgment for defendant); Albers v. Jacqueline Molzer, Case No. 11cv130-18DAB (dismissed); Albers v. Jacqueline Molzer, et al, Case No. 6:11-cv- 585-PCF-KRS (dismissed); Albers v. Jacqueline Molzer, et al, Case No. 6:11-cv-918-28DAB (dismissed, but judgment entered in Defendant's favor); and Albers v. Jason Teems, et al, Case No. 6:11-cv-1604-MSS-KRS (dismissed under "three strikes" rule).

2.   Plaintiff's Motion to Clarify (Doc. 3) be **DENIED**;

3.   Plaintiff's Motion to Stay (Doc. 4) be **DENIED**;

4.   The Complaint be **DISMISSED WITH PREJUDICE**; and

5.   The Clerk of Court be directed to **CLOSE** the file.

**RESPECTFULLY RECOMMENDED** at Orlando, Florida on July 8, 2013.

THOMAS B. SMITH
United States Magistrate Judge

Copies furnished to:

Presiding United States District Judge
Counsel of Record
Any Unrepresented Parties