UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

STEVEN J. ALBERS,

    Plaintiff,

v.                                                    Case No: 6:13-cv-722-Orl-18TBS

OSCEOLA COUNTY SHERIFF, BRIAN ADAMS,
JACQUALINE MOLZER, ROBERT HOLBORN, MARTINA
HERRETES, JAY CROSE, JASON TEEMS, DON FISHER,
FRANK TOWNSEND,

    Defendants.

---

## ORDER

The case was referred to the United States Magistrate Judge for report and recommendation on Plaintiff's Motion to Proceed Pro Se (Doc. No. 2), Motion to Clarify (Doc. No. 3), and Motion to Stay (Doc. No. 4). The Court having reviewed the report and recommendation of the magistrate judge, and there being no objections to the report filed by the plaintiff, it is hereby

**ORDERED** that the report and recommendation of the magistrate judge is hereby **APPROVED**. The Motions are **DENIED** and the complaint is **DISMISSED** with prejudice. Clerk of the Court is directed to **CLOSE** the case.

**DONE AND ORDERED** at Orlando, Florida, this ___ day of July, 2013.

                                        G. KENDALL SHARP
                              SENIOR UNITED STATES DISTRICT JUDGE

Copies to:  Steven J. Albers
               2622 Mill Run Blvd.
             Kissimmee, FL 34744-2787